UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENEE VAN KEULEN MAHER,<br><br>                    Plaintiff,<br>    v.<br><br>STANDARD INSURANCE COMPANY and THE CITY OF FEDERAL WAY,<br><br>                    Defendants. | NO. 2:14-cv-00202<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Standard Insurance Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a company that is publicly traded on the New York Stock Exchange.

DATED this 11th day of February, 2014.

                                            s/ David A. LeMaster
                                            David A. LeMaster, WSBA #22874
                                            Hacket, Beecher & Hart
                                            1601 Fifth Avenue, Suite 2200
                                            Seattle, WA 98101
                                            Telephone: (206) 624-2200
                                            E-mail: dlemaster@hackettbeecher.com
                                            Counsel for Standard Insurance Company

CORPORATE DISCLOSURE STATEMENT– 1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Peter J. Nichols, WSBA #16633
Law Office of Peter J. Nichols, P.S.
2611 NE 133rd Street, Suite 300
Seattle, WA  98125
206.440.0879 / 206.440.0636
peternichols@msn.com
*Attorney for Plaintiff*

Amy Jo Pearsall, WSBA #31681
City of Federal Way
33325 – 8th Avenue South
Federal Way, WA  98003
25.835.2573 / 253.835.2569
appearsall@cityoffederalway.com
*Attorney for Defendant City of Federal Way*

DATED this 11th day of February, 2014.

        s/ David A. LeMaster
        David A. LeMaster, WSBA #22874
        Hacket, Beecher & Hart
        1601 Fifth Avenue, Suite 2200
        Seattle, WA 98101
        Telephone: (206) 624-2200
        E-mail: dlemaster@hackettbeecher.com
        Counsel for Standard Insurance Company

CORPORATE DISCLOSURE STATEMENT– 2

Law Offices of
**Hackett, Beecher & Hart**
1601 Fifth Avenue, Suite 2200
Seattle, Washington 98101
(206) 624-2200